## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| v. | : | **DATE FILED:** _____ |
| **PETER L. STEFFA, JR.,** a/k/a "DomDad" | : | **VIOLATIONS:** 18 U.S.C. § 2422(b) (using interstate facility to seduce a minor - 1 count) Notice of forfeiture |

### I N F O R M A T I O N

#### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT**:

From on or about February 10, 2006, to on or about April 11, 2006, in Hatfield, in the Eastern District of Pennsylvania and elsewhere, defendant

**PETER L. STEFFA, JR.,**
**a/k/a "DomDad,"**

used a facility and means of interstate commerce, that is the Internet, and knowingly attempted to to persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

# NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY CHARGES THAT**:

1.      As a result of the violation of Title 18, United States Code, Section 2422(b) set forth in this information, defendant

**PETER L. STEFFA, JR.,**
**a/k/a "DomDad,"**

shall forfeit to the United States of America any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to, computers, monitors, cables, floppy discs, cd roms, flash card drives, other computer components, and/or digital cameras.

All pursuant to Title 18, United States Code, Section 2253(a)(3).

2.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

>   (a)     cannot be located upon the exercise of due diligence;
>
>   (b)     has been transferred or sold to, or deposited with, a third party;
>
>   (c)     has been placed beyond the jurisdiction of the Court;
>
>   (d)     has been substantially diminished in value; or
>
>   (e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2253(o).

_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**