IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS | : | CRIMINAL NO. 06-373 |
| PETER L. STEFFA, JR.,<br>          Defendant | : | |

DEFENDANT'S PRE-SENTENCE INFORMATION AND MEMORANDUM

    A.    SUMMARY OF OFFENSE

The summary of the offense is as set forth in the Government's Plea Memorandum, filed by Assistant United States Attorney Jennifer Arbittier Williams.

    B.    PLEA NEGOTIATIONS

It was agreed that Defendant Peter L. Steffa Jr., would plead guilty to Count 1 of the Information in violation of Title 18, United States Code, Section 2422(b), and not to contest forfeiture as set forth in the Notice of Forfeiture charging criminal forfeiture under title 18, United States Code, Section 2253(a)(3). This is an open plea, where the Government reserves the right to make whatever sentencing recommendation it deems appropriate and to comment on the evidence and circumstances of the case, as well as to rebut any statements made by or on behalf of the defendant at sentencing. Further, the Government would continue to investigate matters relating to the charge in this case, and that the guilty plea agreement did not preclude the government from

1

bringing additional charges against the defendant for any addition criminal conduct not charged in this case.

    C.    <u>PERSONAL BACKGROUND, CHARACTER REFERENCES</u>

Peter L. Steffa Jrs' personal and family history is set forth in the Pre-Sentence Report and need not be further elaborated. However, attached are letters from numerous members of the community, marked Exhibit "A," attached hereto and made a part hereof. Upon review of his personal history in said letters, it is patently obvious that Mr. Peter L. Steffa Jr. is a very warm, compassionate and giving person to his friends and family. In addition, I have enclosed a letter marked Exhibit "B," attached hereto and made a part hereof, addressed to the Court by Mr. Steffa's mother, Andigoni Steffa, two letters addressed to the Court from Mr. Steffa's sisters, Paulette Steffa and Patricia Orphanos marked Exhibit "C," attached hereto and made a part hereof, and also two letters addressed to the Court by his nephew and niece , Nicholas Orphanos and Anastasia Orphanos marked Exhibit "D," attached hereto and made a part hereof. These letters are evidence that Mr. Steffa has been an excellent son, brother and uncle, who is closely attached to members of his family.

    D.    <u>SENTENCING ARGUMENTS</u>

Mr. Steffa has been unable to give any other information pertaining to or concerning any other illegal activities by other persons. Since he does not know anyone who has or is committing illegal activities, he is not entitled to any downward departure.

Mr. Steffa is not a career criminal, and therefore does not have knowledge of criminal activity by other persons against whom he could testify.

Mr. Steffa has no prior criminal record or even a minor record other then the fact that it appears that he was fined for not cutting his grass at his home, which has since been remedied and the fines and costs have been paid, a receipt marked Exhibit "E," attached hereto and made a part hereof.  The Court will note that part of the plea agreement was that the government was leaving the agreement open in order to further investigate whether Mr. Steffa was involved in any additional criminal conduct not charged here, and the government would not be precluded from bringing additional charges against Mr. Steffa.  After further investigations, including governments search of Mr. Steffa's computer, it appears that the government is satisfied that Mr. Steffa was not engaged in any other criminal conduct including conduct relating to the sexual exploitation of minors.

Based on the letters and comments from friends and family, Mr. Steffa is a very passive individual with no evidence of having a violent nature.  On the contrary, he has demonstrated an  enormous amount of love and compassion for his friends and family, both emotionally and materially, and literally would not harm anyone.  He has expressed a great deal of remorse and is obviously sorry for his conduct, and he has accepted responsibility for his behavior by entering a plea to the charge and not causing the government to spend any undue time or money to prosecute the case.  Although he

recognizes that his conduct constitutes a criminal offense, I submit that no one was hurt as a result of his conduct, and there is no evidence that anyone has ever been hurt because of his conduct in the past.  As previously stated he is an extremely passive individual who has had very little contact with other people throughout his life.  He lives through his computer and his whole world is embodied in the computer, which exercises a hypnotic effect on him, and makes it very difficult for him to distinguish between reality and fantasy.  He is to ineffectual, too passive, too inadequate and too afraid of people to act out his fantasy, but instead gets most of his gratification from fantasy experiences.

      Additionally, he is in poor health as set forth in the Pre-Sentence Report, and therefore because of his stature, medical and emotional condition he will not do well in a prison setting and would be subject to be victimized by other prisoners.

      Mr. Steffa positively and unequivocally accepts responsibility for his acts, and nothing that has been stated above or will be stated hereafter is intended to imply in any way that he is attempting to justify his actions or minimize his role.  However, although he obviously exercised  extremely poor judgment and did not properly consider the potential harm of his actions, the fact is that at no time did he intend to harm anyone.

      Although, as stated earlier, he exercised extremely poor judgment in this case, he has never engaged in any other criminal activity.  He does not abuse alcohol nor does he use illegal drugs and he has no history of physical abuse.

      He is sincerely regretful and remorseful for his involvement in the unlawful

conduct for which he is charged.  His background and the letters from the members of the community confirm that he is a person of good character and that he will never be involved in any illegal or improper activity again.  He will not betray any trust or leniency that the Court would extend to him.

        Respectfully submitted:

        _____
        Emmanuel H. Dimitriou, Esquire
        Attorney for the Defendant